

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00080-CV

_____

IN RE 2016 PARKVIEW CONDOMINIUMS DEVELOPMENT, LLC, Relator

---

Original Proceeding
141st District Court of Tarrant County, Texas
Trial Court No. 141-341504-23

---

Before Walker, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary stay are denied.

Per Curiam

Delivered: February 22, 2024